UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

REGINALD LACEY, # 102992                                                                 PLAINTIFF

v.                                             CIVIL ACTION NO. 3:21-CV-179-KHJ-MTP

ATTORNEY GENERAL LYNN FITCH,
UNIVERSIYT HOSPITAL SCIENCE
DEPARTMENT, and OFFICER T.J.                                                          DEFENDANTS

ORDER

BEFORE THE COURT are pro se Plaintiff Reginald Lacey's second and third motions [43, 44] for relief from the filing fee. He is incarcerated at the Hinds County Detention Facility in Raymond, Mississippi. On September 2, 2021, the Court dismissed this case as malicious and for failure to state a claim. [38]. On February 22, 2022, Lacey filed his first motion for the filing fee to be waived and for a refund of the money he has already paid toward the filing fee. [41]. The Court denied that request on March 10. [42]. On April 11 and May 16, Lacey filed these two other motions, repeating his request. The Court has considered Plaintiff's submissions and relevant legal authority.

For the reasons previously stated in the Order Denying Refund and Affirming Filing Fee [41], the latest motions for relief from the filing fee are not well taken and will be denied.

IT IS THEREFORE ORDERED AND ADJUDGED that pro se Plaintiff Reginald Lacey's second and third motions [43, 44] for relief from the filing fee are

DENIED.

SO ORDERED AND ADJUDGED, this the 18th day of May, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE